UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| PHILLIP KARTER, et al.,<br><br>　　　　Plaintiffs,<br><br>v.<br><br>SUNVEST COMMUNITIES USA, LLC, et al.,<br><br>　　　　Defendants. | 2:08-CV-746 JCM (PAL) |

**ORDER**

Presently before the court is the case of *Estate of Forrest, et al v. Sunvest Communities USA, LLC, et al* (Case No. 2:08-cv-00746-JCM-PAL).

This case was removed to this court on June 9, 2008. (Doc. #1). On August 18, 2009, Magistrate Judge Peggy A. Leen held a status conference, whereby the court notified the parties that the case could not proceed until arbitration concluded. The court asked counsel to exercise their best efforts to complete arbitration within 90 days. (Doc. #75). Subsequently, on November 10, 2009, the parties filed a status report (doc. #75), informing the court that arbitration had been set for February 8th-12th, and that "[f]ollowing the completion of the arbitration[,] this case may resume." On June 21, 2010, plaintiffs filed a motion to rescind the order of arbitration and lift the stay (doc. #94), which was denied on July 23, 2010 (doc. #97), pursuant to the Federal Arbitration Act, 9 U.S.C. § 1-16.

As almost a year has passed since the motion to rescind arbitration was denied, the court requests that the parties file a status report within two weeks from the date of this order, informing

**James C. Mahan**
**U.S. District Judge**

the court of the status of the arbitration.

Accordingly,

IT IS HEREBY ORDERED ADJUDGED AND DECREED that the parties jointly file a status report with the court on or before June 8, 2011.

DATED May 24, 2011.

                                   *James C. Mahan*
                                   **UNITED STATES DISTRICT JUDGE**