# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| PHILLIP KARTER, et al.,<br><br>    Plaintiffs,<br><br>v.<br><br>SUNVEST COMMUNITIES USA, LLC, et al.,<br><br>    Defendants. | 2:08-CV-746 JCM (PAL) |

**ORDER**

Presently before the court is the case of *Philip Karter, et. al. v. Sunvest Communities USA, LLC, et. al.*, 2:08-cv-746-JCM-PAL.

On December 8, 2011, this court issued an order to show cause why this case should not be dismissed for failure to prosecute. (Doc. #102). Plaintiffs Philip Karter, et. al. and defendants Sunvest Communities USA, et. al. filed responses to the court's order. (Docs. #104 and #105). Defendants' response noted that arbitration was scheduled to begin on February 20, 2012. (Doc. #104).

Accordingly,

. . .

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, on or before March 15, 2012, the parties file a joint status report detailing the outcome, if any, of the arbitration that was scheduled to begin on February 20, 2012.  If there is a final resolution to this case, the parties shall file the appropriate documents disposing of the case with this court on or before March 30, 2012.

DATED March 7, 2012.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**

- 2 -