**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| PHILLIP KARTER, et al.,<br><br>        Plaintiffs,<br><br>v.<br><br>SUNVEST COMMUNITIES USA,<br>LLC, et al.,<br><br>        Defendants. | 2:08-CV-746 JCM (PAL) |

**ORDER**

Presently before the court is the case of *Philip Karter, et. al. v. Sunvest Communities USA, LLC, et. al.*, 2:08-cv-746-JCM-PAL.

On December 8, 2011, this court issued an order to show cause why this case should not be dismissed for failure to prosecute. (Doc. #102). Plaintiffs Philip Karter, et. al. and defendants Sunvest Communities USA, et. al. filed responses to the court's order. (Docs. #104 and #105). Defendants' response noted that arbitration was scheduled to begin on February 20, 2012. (Doc. #104).

Accordingly,

. . .

. . .

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that, on or before March 15,

2   2012, the parties file a joint status report detailing the outcome, if any, of the arbitration that was

3   scheduled to begin on February 20, 2012.  If there is a final resolution to this case, the parties shall

4   file the appropriate documents disposing of the case with this court on or before March 30, 2012.

5    DATED March 7, 2012.

6

7   _____
    UNITED STATES DISTRICT JUDGE

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

James C. Mahan
U.S. District Judge                                                    - 2 -