1

2

3

4

5

6

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

7

8

9

10

11

12

13

| PHILLIP KARTER, et al.,                   | 2:08-CV-746 JCM (PAL) |
|                                           |                       |
|              Plaintiffs,                  |                       |
|                                           |                       |
| v.                                        |                       |
|                                           |                       |
| SUNVEST COMMUNITIES USA,                  |                       |
| LLC, et al.,                              |                       |
|                                           |                       |
|              Defendants.                  |                       |

14

**ORDER**

15      Presently before the court is the case of *Estate of Forrest, et. al. v. Sunvest Communities*

16  *USA, LLC, et. al.*, case number 2:08-cv-746-JCM-PAL.

17      On April 13, 2012, defendants filed a supplemental response to the court's March 7, 2012,

18  order to show cause.  (Doc. #112).  The supplemental response notes that on April 12, 2012, the

19  arbitrator in this case issued an order suspending arbitration.  (Doc. #112).  The supplemental

20  response attached a copy of the arbitrator's order.  (Doc. #112, Ex. 1).

21      The arbitrator's order states that the arbitration is "fast becoming an exercise in futility."

22  (Doc. #112, Ex. 1).  The arbitrator further noted that claimants' counsel "has informally asked the

23  federal court to move the matter back to the federal courts." (Doc. #112, Ex. 1).  Thus, the arbitrator

24  suspended any further arbitration activity "pending determination by the federal courts of its position

25  in this matter." (Doc. #112, Ex. 1).

26      This court is not inclined to act on informal requests by the parties.  The claimants must file

27  a motion with the court in order to proceed with this case.

28

**James C. Mahan**
**U.S. District Judge**

1    Accordingly,

2    IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the claimants file an

3    appropriate motion with this court on or before May 1, 2012.  Failure to comply with this order will

4    result in sanctions, which may include dismissal.

5    DATED April 20, 2012.

6

7    _____

8    UNITED STATES DISTRICT JUDGE

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**James C. Mahan**
**U.S. District Judge**