UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

PHILLIP KARTER, et al.,

      Plaintiffs,

v.

SUNVEST COMMUNITIES USA, LLC, et al.,

      Defendants.

2:08-CV-746 JCM (PAL)

**ORDER**

Presently before the court is the case of *Estate of Forrest, et. al. v. Sunvest Communities USA, LLC, et. al.*, case number 2:08-cv-746-JCM-PAL.

On April 13, 2012, defendants filed a supplemental response to the court's March 7, 2012, order to show cause. (Doc. #112). The supplemental response notes that on April 12, 2012, the arbitrator in this case issued an order suspending arbitration. (Doc. #112). The supplemental response attached a copy of the arbitrator's order. (Doc. #112, Ex. 1).

The arbitrator's order states that the arbitration is "fast becoming an exercise in futility." (Doc. #112, Ex. 1). The arbitrator further noted that claimants' counsel "has informally asked the federal court to move the matter back to the federal courts." (Doc. #112, Ex. 1). Thus, the arbitrator suspended any further arbitration activity "pending determination by the federal courts of its position in this matter." (Doc. #112, Ex. 1).

This court is not inclined to act on informal requests by the parties. The claimants must file a motion with the court in order to proceed with this case.

**James C. Mahan**
**U.S. District Judge**

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the claimants file an appropriate motion with this court on or before May 1, 2012. Failure to comply with this order will result in sanctions, which may include dismissal.

DATED April 20, 2012.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**

- 2 -